December 12, 2019

Judge Fernando Rodriguez
United States District Court
600 E. Harrison St.
Brownsville, TX 78520

Dear Honorable Judge Rodriguez:

My name is Norma Linda Vega and I am a 47-year-old single mother of three young men. I am writing to you today to implore you for leniency. I know that what I did was wrong and am truly remorseful for my actions. If I could turn back time I would not have any participation in submitting false information to the DOL and USCIS. I know what I did was wrong and accept responsibility for my actions. Your Honor I am so sorry for my actions and the undue burden this has cause not only my family but also those that worked this case. I would like to apologize to my family. I am sorry I put you through this; I never meant to hurt anyone. I am so sorry Matt, I have raised you guys to be honorable men and my actions were not honorable.

Your Honor I have never been arrested nor had I ever been involved in any criminal activity. I promise your Honor I will never be involved in any illicit activities ever again. Since my arrest I have been working hard to better myself and make educated decisions. I went back to school and have taken regular and online classes at Houston Community College in hopes of obtaining a college degree. I have also been actively involved with my church and the community. I attend weekly bible study classes, and have helped my church pass out hotdogs and waters to the homeless and needy downtown. I have also joined the Love Brownsville group at my church where I helped pack over 1,000



DEFENDANT'S
EXHIBIT
1
18CR673-2

backpacks for the less fortunate kids. I will continue being a productive member to society and will continue serving my community.

Your Honor once again I implore you to show me leniency. This whole situation has taken a toll on my health and a prison sentence would be harmful. My stress levels have been extremely high through this ordeal that late last year I developed optic neuritis and temporarily lost my eyesight on my right eye. My eyesight is still not at its full capacity and I continue to go to my Neurologist, Specialty Care Ophthalmology doctor, and my Neuro-opthalmology doctor. A prison sentence would also be devastating to my family and the loss of my employment would create an undue hardship for my children. Please you Honor I beg you to hear my plea for mercy.

Thank you for your time and consideration.


Sincerely

Norma Vega